

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KUSUM KUMARI SHRESTHA,

        Plaintiffs,

v.

HIMALAYAN MALINGO INC.; NAMASTE
NEPAL RESTAURANT AND BAR INC.;
NETRA GURUNG; PADAM GURUNG; PREM
GURUNG; SUDARSHAN GAUTAM; SOM
GURUNG; and TEK GURUNG,

        Defendants.
-------------------------------------------------------------- x

JUDGMENT
17-CV-04063 (ILG) (SMG)

**WHEREAS** the Hon. I. Leo Glasser, United States District Judge, issued an Order dated December 9, 2019, awarding damages to Plaintiff KUSUM KUMARI SHRESTHA for unpaid wages, liquidated damages under federal and state statutes, and wage statement violations;

It is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered against each of the following Defendants HIMALAYAN MALINGO INC.; NAMASTE NEPAL RESTAURANT AND BAR INC.; NETRA GURUNG; PADAM GURUNG; PREM GURUNG; SUDARSHAN GAUTAM; SOM GURUNG; and TEK GURUNG, making them jointly and severally liable to Plaintiff in the amount of $63,966.97, calculated as follows:

    $24,863.13 for unpaid minimum wages and overtime wages under the FLSA or NYLL;

    $2,120.36 for spread-of-hours pay under the NYLL;

    $26,983.49 as 100% liquidated damages for minimum wages, overtime and spread-of-hours pay under the NYLL; and

$10,000.00 as notice violation damages under the NYLL.

SO ORDERED:

Dated: Brooklyn, NY
       February 11, 2020

                                              s/DOUGLAS C. PALMER
                                              DOUGLAS C. PALMER
                                              *Clerk of Court*